AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FERN KOTTLER )
)
v. ) Case No.: 19-cv-61190-BLOOM/Valle
GULF COAST COLLECTION BUREAU, INC. )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on 05/13/2020 against DEFENDANT,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 400.00 |
| Fees for service of summons and subpoena | 65.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 2,352.75 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | |
| TOTAL | $ 2,817.75 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service   ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: S/ Scott D Owens

Name of Attorney: Scott D. Owens, Esq.

For: Fern Kottler    Date: 05/22/2020
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                *Deputy Clerk*                  *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) |||||||
|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Shannon Gunther

| | |
|---|---|
| From: | cmecfautosender@flsd.uscourts.gov |
| Sent: | Friday, May 10, 2019 2:49 PM |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 0:19-cv-61190-XXXX KOTTLER v. GULF COAST COLLECTION BUREAU, INC. Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered by Owens, Scott on 5/10/2019 at 2:48 PM EDT and filed on 5/10/2019

**Case Name:** KOTTLER v. GULF COAST COLLECTION BUREAU, INC.
**Case Number:** [0:19-cv-61190-XXXX](#)
**Filer:** FERN KOTTLER
**Document Number:** [1](#)

**Docket Text:**
**COMPLAINT against GULF COAST COLLECTION BUREAU, INC.. Filing fees $ 400.00 receipt number 113C-11634842, filed by FERN KOTTLER. (Attachments: # (1) Civil Cover Sheet, # (2) Summon(s))(Owens, Scott)**

**0:19-cv-61190-XXXX Notice has been electronically mailed to:**

Scott David Owens    scott@scottdowens.com, don@scottdowens.com, sean@scottdowens.com, shannon@scottdowens.com

**0:19-cv-61190-XXXX Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=5/10/2019] [FileNumber=18792741-0] [113fcccb9cef8217e9d603ff3d927056c1f4a45a98aca22196b4a3f48db83edd3f 192d9783da89c6eecc5e9dc06656637e8a3bd1b509cb89b77818443cc5307c]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=5/10/2019] [FileNumber=18792741-1] [5cef8e6426f357aba4de8460047504b1f0b3ad6d2cb30c35b411ef1e6f668d3442

Caplan, Caplan & Caplan Process Servers
12555 Orange Drive
Suite 106
Davie, FL 33330
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2019018234
6/4/2019



Scott D. Owens
Law Office of Scott D. Owens, Esq.
3800 S. Ocean Dr.
#235
Hollywood, FL 33019



Case Number: SOUTHERN 19-CV-61190-BB

Plaintiff:
**FERN KOTTLER**

Defendant:
**GULF COAST COLLECTION BUREAU, INC.**

Received: 5/28/2019   Served: 5/30/2019 2:30 pm  CORPORATE SERVICE
To be served on: GULF COAST COLLECTION BUREAU, INC. C/O JACK BROWN (REGISTERED AGENT)

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF TOWN ORIGINAL | 1.00 | 65.00 | 65.00 |
| TOTAL CHARGED: | | | $65.00 |

**BALANCE DUE:** $65.00

**Veritext, LLC**
**Florida Region**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. (973) 410-4049



# VERITEXT
LEGAL SOLUTIONS

Bill To: Scott D. Owens, P.A.
3800 South Ocean Drive,
Suite 235
Hollywood FL 33019

Remit To: Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Andrea Ribera at 407-367-5150 or aribera@veritext.com

Statement Date: 2/5/2020                                             Total Balance Due:  $3,326.65

| Invoice # | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged | Balance Due |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Scott Owens | O | 125 |  |
|  |  |  |  |  | Scott Owens | O | 100 |  |
| FLA3990257 | 10/29/2019 | 3500003 | 10/15/2019 | Kottler, Fern v Gulf Coast Collection Bureau, Inc. | Matthew Bobulsky | O | 99 | $650.00 |
| FLA4013884 | 10/30/2019 | 3500003 | 10/15/2019 | Kottler, Fern v Gulf Coast Collection Bureau, Inc. | Matthew Bobulsky | O | 98 | $812.55 |
|  |  |  |  |  |  |  | Total: |  |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
|  |  |  |  |  |

Please Remit Payment To:   Veritext
P.O. Box 71303
Chicago IL 60694-1303

Page 1 of 1

Fed. Tax ID: 20-3132569

Visa, Mastercard & American Express Accepted

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# STATEMENT

**Milestone Reporting Company**
P.O. Box 3426
Orlando, Florida 32802
Phone: (407) 423-9900  Toll Free (855) MY-DEPOS

| Account No. | Date |
|---|---|
| C24177 | 4/28/2020 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $408.90 | $0.00 |
| 90 Days | 120 Days & Over | Total Due |
| $0.00 | $481.30 | $890.20 |

Paul Herman, Esquire
Consumer Advocates Law Group, PLLC
4801 Linton Blvd
Ste 11A-560
Delray Beach FL  33445

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 12/11/2019 | 153800 | 481.30 | 11/20/2019 | Fern Kottler - | Fern Kottler V. Gulf Coast Collection |
| 3/6/2020 | 157190 | 408.90 | 2/24/2020 | Wayne Campbell | Wayne Campbell V. Healthcare Revenue |

**Tax ID:** 59-1937999

*Please detach bottom portion and return with payment.*

Paul Herman, Esquire
Consumer Advocates Law Group, PLLC
4801 Linton Blvd
Ste 11A-560
Delray Beach FL  33445

Account No. : C24177
Date : 4/28/2020

**Total Due** : $ 890.20

**Remit To:** **Milestone Reporting Company**
P.O. Box 3426
Orlando FL  32802