UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61190-BLOOM/Valle

FERN KOTTLER,

    Plaintiff,

v.

GULF COAST COLLECTION
BUREAU, INC.,

    Defendant.

_____/

**ORDER STRIKING BILL OF COSTS**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On May 22, 2020, Plaintiff filed a completed form Bill of Costs, ECF No. [45], with accompanying documentation. Pursuant to Local Rule 7.3(c), a party seeking taxable costs must not only file a bill of costs but must also confer with the opposing party as set forth in Local Rule 7.1(a)(3) and include a supporting memorandum of law. *See* S.D. Fla. L.R. 7.3(c); S.D. Fla. L.R. 7.1(a)(3).

Accordingly, it is **ORDERED AND ADJUDGED** that the Bill of Costs, **ECF No. [45]**, is **STRICKEN** for failing to comply with the Local Rules. Plaintiff may file an amended bill of costs that complies with the requirements of the Local Rules.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 22, 2020.

                                                    _____
                                                  **BETH BLOOM**
                                                  **UNITED STATES DISTRICT JUDGE**

Copies to:

Case No. 14-cv-61572-BLOOM/Valle

Counsel of Record