UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 0:19-cv-61190-BLOOM/Valle**

FERN KOTTLER,
an individual,

    Plaintiff,

v.

GULF COAST COLLECTION
BUREAU, INC., a Florida
Corporation,

    Defendant.
_____/

**JOINT STIPULATION REGARDING PLAINTIFF'S DAMAGES ONLY**

COME NOW the Plaintiff, FERN KOTTLER, and the Defendant, GULF COAST COLLECTION BUREAU, INC., by and through their undersigned counsel, and hereby stipulate as follows:

1. Plaintiff will seek statutory damages in the amount of $250.00; Plaintiff will not seek actual damages.

2. Defendant will not oppose Plaintiff's claim for statutory damages in the stipulated amount, except that:

    a. Defendant reserves the right to appeal the final judgment, including the Court's Order on Motions for Summary Judgment [ECF No. 41] and any order on Defendant's pending Motion for Reconsideration [ECF No. 47];

b. In the event that any issue is submitted to the jury following the Court's resolution of Defendant's pending Motion for Reconsideration [ECF No. 47], then this Stipulation will cease to have effect and shall be inadmissible;

c. In the event the Eleventh Circuit Court of Appeals remands any issue appealed in this case to the district court and a jury trial is required, then this Stipulation will cease to have effect and shall be inadmissible.

3. The parties have entered this Stipulation solely for the purpose of avoiding the additional costs and strain on judicial resources associated with trial.

4. The parties agree that this Stipulation does not constitute an admission of liability or a waiver of any defenses or arguments for appeal.

5. Though this stipulation does not govern Plaintiff's claim for attorney's fees and costs; if the court ultimately determines that the Plaintiff is a prevailing party in this action following the review and ruling on Defendant's Motion for Reconsideration, the Plaintiff shall be entitled to file separate motions seeking costs and attorney's fees.

Dated this **4th day of June, 2020.**

| | |
|---|---|
| */s/ Scott D. Owens* | */s/ Ernest H. Kohlmyer* |
| Scott D. Owens, Esq. | Ernest H. Kohlmyer, III, Esq., LL.M. |
| Florida Bar No. 0597651 | Florida Bar No. 110108 |
| scott@scottdowens.com | skohlmyer@shepardfirm.com |
| Sean M. Holas, Esq. | Rachel M. Ortiz, Esq. |
| Florida Bar No. 115483 | Florida Bar No. 0083842 |
| sean@scottdowens.com | rortiz@shepardfirm.com |
| Scott D. Owens, P.A. | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 3800 S. Ocean Dr., Ste. 235 | 2300 Maitland Center Parkway, Suite 100 |
| Hollywood, FL 33019 | Maitland, FL 32751 |
| Telephone: 954-589-0588 | Telephone (407) 622-1772 |
| Facsimile: 954-337-0666 | Facsimile (407) 622-1884 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **June 4, 2020**, via the Clerk of Court's CM/ECF system which will provide electronic notice to all attorneys of record. Scott D. Owens, Esquire of Scott D. Owens, P.A. at scott@scottdowens.com and Paul Herman, Esq., of Consumer Advocates Law Group, PLLC at paul@consumeradvocatelaw.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Rachel M. Ortiz
Florida Bar No. 083842
rortiz@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant*