**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-61190-BLOOM/Valle**

FERN KOTTLER,

    Plaintiff,

v.

GULF COAST COLLECTION
BUREAU, INC.,

    Defendant.
_____/

**NOTICE OF CHANGE OF ADDRESS**

    Notice is hereby given that attorney Scott D. Owens, appearing in this matter for Plaintiff Fern Kottler, has relocated his physical office to the following location:

Scott D. Owens, P.A.
2750 N 29th Ave.,
Suite 209A
Hollywood, Florida 33020
Tel: 954-589-0588
Fax: 954-337-0666
Email: scott@scottdowens.com

Respectfully submitted,

s/ Scott D. Owens
Scott D. Owens, Esq.
Scott D. Owens, P.A.
2750 N 29th Ave., Ste. 209A
Hollywood, FL 33020
Tel: 954-589-0588
Fax: 954-337-0666
Email: scott@scottdowens.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. Mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to received electronically Notices of Filing.

By: s/ Scott D. Owens
Scott D. Owens, Esq.